**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley Dane Loose,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>        Defendants. | No. CIV 04-2453-PHX-EHC (DKD)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Continuance (Doc. #14), filed April 11, 2006. Plaintiff is requesting an extension of time to file his response to Defendant's Motion to Dismiss. Upon good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Continuance (Doc. #14). Plaintiff's Response to Defendant's Motion to Dismiss is due no later than August 18, 2006.

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Continuance (Doc. #16), as moot. It appears to the Court that documents 14 and 16 are a duplicate, with the exception of a letter addressed to the Clerk of the Court submitted as the last page of document 16.

DATED this 2nd day of May, 2006.

David K. Duncan
United States Magistrate Judge